

# ARKANSAS COURT OF APPEALS

DIVISION I
**No.** CV-13-584

| | |
|---|---|
| HEATHER GOSSETT <br><br> APPELLANT <br><br> V. <br><br> ARKANSAS DEPARTMENT OF HUMAN SERVICES and MINOR CHILDREN <br><br> APPELLEES | **Opinion Delivered** January 8, 2014 <br><br> APPEAL FROM THE SCOTT COUNTY CIRCUIT COURT [NO. JV-2011-40] <br><br> HONORABLE TERRY SULLIVAN, JUDGE <br><br><br> AFFIRMED; MOTION TO WITHDRAW GRANTED |

## ROBERT J. GLADWIN, Chief Judge

The Scott County Circuit Court terminated appellant Heather Gossett's parental rights in her minor children, M.G. (d/o/b September 27, 2007) and D.G. (d/o/b October 7, 2008) on April 23, 2013. Appellant's counsel has filed a motion to withdraw as counsel and a no-merit brief pursuant to *Linker-Flores v. Arkansas Department of Human Services*, 359 Ark. 131, 194 S.W.3d 739 (2004), and Arkansas Supreme Court Rule 6-9(i) (2013), stating that there are no issues of arguable merit for appeal. We agree.

The clerk of this court sent copies of counsel's motion and brief to appellant at the address counsel provided in the certificate of service in the motion to be relieved, informing her that she had the right to file pro se points for reversal. Appellant filed a single page of pro se points, but neither the Arkansas Department of Human Services (DHS) nor the ad litem attorney have chosen to file a brief in response.



After carefully examining the record, the brief presented to us, and appellant's pro se points, we conclude that counsel has complied with the requirements established by the Arkansas Supreme Court for no-merit appeals in termination cases and that the appeal is wholly without merit. Accordingly, we affirm by memorandum opinion the order terminating appellant's parental rights in M.G. and D.G. *See In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985); Ark. Sup. Ct. R. 5-2(e) (2013). Counsel's motion to withdraw is granted.

Affirmed; motion to withdraw granted.

PITTMAN and WHITEAKER, JJ., agree.

*Leah Lanford*, Arkansas Public Defender Commission, for appellant.

No response.